NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GLEN ALLEN PARKER, II,                    )
                                          )
                Appellant,                )
                                          )
v.                                        )          Case No. 2D18-1985
                                          )
STATE OF FLORIDA,                         )
                                          )
                Appellee.                 )
                                          )
_____  )

Opinion filed September 11, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Lara E. Breslow,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


                Affirmed.


CASANUEVA, KELLY, and LaROSE, JJ., Concur.